AO 91 (Rev. 11/11) Criminal Complaint

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**

MAR 3 1 2026

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No.  8:26-PO-31 (GLF) |
| SALIM EL GHAZI | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On

or about the date(s) of March 27, 2026 in the county of Clinton in the Northern District of New York the defendant

violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Clark, CBP Officer
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  *March 31, 2026*

_____
*Judge's signature*

City and State:    Plattsburgh, NY

Hon. Gary L. Favro, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Clark, hereby depose and state under penalty of perjury:

1.      I am a United States Customs and Border Protection Officer ("CBPO") currently assigned to the Champlain, NY Port of Entry ("POE"). I have been a CBPO for 7 years and have been assigned to the Champlain POE since November, 2018. I successfully completed training at the United States Federal Law Enforcement Training Center ("FLETC") in 2019, where I received training on the smuggling and trafficking of people and drugs; detecting illegal entry into the U.S.; and conducting interviews. I have experience performing each of these duties as a CBPO. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2.      I submit this affidavit in support of a criminal complaint charging defendant with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

### Probable Cause

3.      On March 27, 2026, CBPOs received information from the Rouses Point, New York Amtrak train station that a lone male individual had walked from the woods connecting the United States and Canada to the Rouses Point station and attempted to board a bus travelling to New York City (due to equipment unavailability, the March 27 train running between Montreal, Canada and Albany, New York was canceled and Amtrak provided alternate bus transportation for passengers).

4.      CBPOs responded to the Rouses Point Amtrak station and found one individual at the station. CBPOs identified themselves and asked the defendant for his immigration status. The

defendant admitted that he is a citizen of Morocco. The defendant was transported to the Champlain POE station for further processing.

5. At the POE, CBPOs fingerprinted the defendant and records checks confirmed that the defendant is not a citizen or national of the United States; that he did not have permission to enter the United States; and that the defendant had not entered the United States through a port of entry.

6. The defendant waived his *Miranda* rights and admitted that he unlawfully entered the United States from Canada.

## Conclusion

7. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

Officer Matthew Clark
United States
Customs and Border Protection

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date: March 31, 2026

Hon. Gary L. Favro
United States Magistrate Judge